NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTEK SEMICONDUCTOR CORPORATION,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**DIVX, LLC,**
*Intervenor*

---

2023-1095

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1222.

---

**ON MOTION**

---

**O R D E R**

DivX, LLC moves for leave to intervene and states "[n]either party opposes" the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected in this order.

(2) The appellee's and the intervenor's briefs are due within 40 days of the date of service of the appellant's opening brief.

FOR THE COURT

November 30, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court