# United States Court of Appeals for the Federal Circuit

---

**REALTEK SEMICONDUCTOR CORPORATION,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**DIVX, LLC,**
*Intervenor*

---

2023-1095

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-1222.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

March 18, 2025
Date

Jarrett B. Perlow
Clerk of Court